**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**RENORIAL IVY, #M1437**                                               **PETITIONER**

**v.**                                                    **CAUSE NO. 1:16CV255-LG-MTP**

**J. BANKS, Superintendent**                                        **RESPONDENT**

## FINAL JUDGMENT

This cause is before the Court, sua sponte, for consideration of dismissal.

Pursuant to the Order of Dismissal issued this date and incorporated herein by

reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that this cause is

**DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 23rd day of January, 2017.


_s/ Louis Guirola, Jr._
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE