IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**RENORIAL IVY, #M1437**                                                          **PETITIONER**

**v.**                                                         **CAUSE NO. 1:16CV255-LG-MTP**

**J. BANKS, Superintendent**                                                     **RESPONDENT**

### ORDER DENYING CERTIFICATE OF APPEALABILITY

A final order adverse to the Petitioner having been filed in the captioned habeas corpus case in which the detention complained of arises out of process issued by a state court, this Court, considering the record in the case and the requirements of 28 U.S.C. § 2253, Rule 22(b) of the Federal Rules of Appellate Procedure, and Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, hereby finds that a Certificate of Appealability should not issue.  Petitioner has failed to make a substantial showing of the denial of a constitutional right.

**SO ORDERED AND ADJUDGED** this the 23rd day of January, 2017.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE